FILED
2021 Nov-03  PM 06:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

MELISSA FENDLEY,
an individual,

     Plaintiff,

                        CASE NO: 6:21-CV-00452-RDP

vs.

THE GREEN TOP CAFE, INC,

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Melissa Fendley, and Defendant, The Green Top Café, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 3rd day of ~~September~~ November, 2021.

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

By: _____
     Edward I. Zwilling

David B. Walston, Esq.
CHRISTIAN & SMALL, LLP
1800 North 20th Street,
Birmingham, AL 35203
Telephone: (205) 250-6636
Email: dbwalston@csattorneys.com

By: _____
     David B. Walston